

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00222-CV

**IN RE** R. Wayne **JOHNSON**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

Delivered and Filed: April 26, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On March 9, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2018CVK001485D1, styled *R. Wayne Johnson vs. Donald Trump*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.